UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:18-CR-248 |
| v. | : | (JUDGE JONES) |
| EARL T. COOK, JR., | : | |
| Defendant. | : | |

## ORDER

Upon Consideration of the Defendant's Motion for Request for Continuance, and noting the concurrence of counsel for the Government, it is hereby ORDERED that the Motion has been GRANTED. Sentencing is continued to September 25 2019, at 9:30 in Courtroom #2, Harrisburg Federal Courthouse.

s/John E. Jones III
John E. Jones III
United States District Judge